IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge John L. Kane

Civil Action No. **89-cv-00732-JLK-CBS**

SAND CREEK PARTNERS, LD., et al.,

    Plaintiff(s)

v.

AMERICAN FEDERAL SAVINGS AND LOAN ASSOCIATION OF COLORADO, et al.,

    Defendant(s)

---

### ORDER GRANTING MOTION FOR WITHDRAWAL OF APPEARANCE OF LISA E. FRANKEL & SUBSTITUTION OF R. WILLIAM ROWE AS COUNSEL

---

THIS MATTER having come before the Court on Judgment Creditor The Cadle Company's Motion for Withdrawal of Appearance of Lisa E. Frankel & Substitution of R. William Rowe as Counsel, and the Court being duly advised in the premises,

IT IS HEREBY ORDERED:

Lisa E. Frankel be allowed to withdraw her appearance in this matter and R. William Rowe and the law firm of Pearson, Horowitz & Burnett, P.C. are hereby substituted as counsel to represent Judgment Credit The Cadle Company in this matter.

ENTERED August 19, 2005.

                          BY THE COURT:

                          **s/John L. Kane**
                          United States District Court Judge