IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 89-cv-00732-JLK-CBS

SAND CREEK PARTNERS, LTD., a Colorado partnership, et al.,
    Plaintiffs,
v.

AMERICAN FEDERAL SAVINGS AND LOAN ASSOCIATION OF COLORADO, a federally chartered savings and loan association, et al.,
    Defendants.
_____

ORDER TO TERMINATE NOTICE
_____

Magistrate Judge Craig B. Shaffer

This civil action is before the court regarding the mail addressed to Kris E. Jukola, 6795 E. Tennessee Avenue # 330, Denver Co 80224 that has been returned as undeliverable on March 6, 2006, January 31, 2006, November 2, 2005, August 25, 2005, July 27, 2005, and July 26, 2005.  (*See* docs. # 160, 157, 152, 146, 141, and 140).

On or about January 7, 1991, judgment was entered in this civil action in favor of the Resolution Trust Corporation ("RTC"), as receiver for American Savings of Colorado, a federally-chartered savings and loan association and against Plaintiffs Sand Creek, Bergman, and Bortles ("the Judgment").  On or about November 13, 1995, RTC assigned all its rights, title, and interest in the Judgment to Premier Financial Services-West, L.P. ("Premier").  (*See* Motion to substitute Defendant Premier (doc. # 128)).  On July 10, 1998, Jukola entered an appearance as counsel for Premier.  (*See*

Attorney Appearance (doc. # 128)).  On or about October 13, 1999, Premier assigned all its rights, title, and interest in the Judgment to The Cadle Company ("Cadle").  On March 29, 2005, Cadle filed its Motion for a Charging Order and to appoint Cadle as receiver as the assignee of the judgment against Bortles.  (*See* doc. # 130).  Cadle is currently represented in this action by the law firm of Pearson, Horowitz & Burnett, P.C.  (*See* "Further Status Report . . ." (filed March 21, 2006) (doc. # 161)).  Accordingly,

 IT IS ORDERED that the Clerk of the Court is authorized to terminate notice to Kris E. Jukola.

 Dated at Denver, Colorado this 22nd day of March, 2006.

                                         BY THE COURT:


                                         *s/Craig B. Shaffer*
                                         United States Magistrate Judge