**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action No.:  89-cv-00732-JLK-CBS** | **FTR** - Reporter Deck - Courtroom A402 |
| **Date:  January 13, 2011** | **Courtroom Deputy:**  Linda Kahoe |

SAND CREEK PARTNERS, LTD., *et al.,*

LARRY BORTLES, *Pro se (via phone)*

    Plaintiffs,

    v.

AMERICAN FEDERAL SAVINGS AND LOAN
ASSOCIATION OF COLORADO, *et al.,*

    Defendants,

THE CADLE COMPANY,                    Russell William Rowe, II

    Interested Party.

---

**COURTROOM MINUTES/MINUTE ORDER**

**HEARING:  MOTION HEARING**
**Court in session:      1:32 p.m.**
Court calls case.  Appearance of counsel.  *Mr. Larry Bortles appears pro se via phone.*

Discussion regarding Motion to Revive Judgments, doc #[166], filed 12/9/2010.

Mr. Bortles presents arguments.

Mr. Row makes statements.

**ORDERED:**  The Motion to Revive Judgments, doc #[166] is **GRANTED** *nunc pro tunc* **JANUARY 7, 2011.**

HEARING CONCLUDED.
**Court in recess**:        **1:48 p.m.**
Total time in court:    00:16

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.